IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Bosby, Lorene | Case Number:  08 B 32337 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 03/24/09 | Filed:  11/25/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: February 10, 2009
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,067.42 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 996.97 |
| Trustee Fee: | | 70.45 |
| Other Funds: | | 0.00 |
| Totals: | 1,067.42 | 1,067.42 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,341.50 | 996.97 |
| 2. | US Bank Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Resurgent Capital Services | Unsecured | 242.73 | 0.00 |
| 4. | NJ Higher Education Assist | Unsecured | 1,594.02 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 288.31 | 0.00 |
| 6. | Chase Bank USA NA | Unsecured | 569.66 | 0.00 |
| 7. | Capital One | Unsecured | 443.35 | 0.00 |
| 8. | Sallie Mae | Unsecured | 498.67 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 764.88 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 1,112.26 | 0.00 |
| 11. | Chase | Secured | | No Claim Filed |
| 12. | American General Finance | Unsecured | | No Claim Filed |
| 13. | WFNNB/Harlem Furniture | Unsecured | | No Claim Filed |
| 14. | Asset Acceptance | Unsecured | | No Claim Filed |
| 15. | Asset Acceptance | Unsecured | | No Claim Filed |
| 16. | GEMB | Unsecured | | No Claim Filed |
| 17. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 18. | Collection | Unsecured | | No Claim Filed |
| 19. | Collection | Unsecured | | No Claim Filed |
| 20. | Collection | Unsecured | | No Claim Filed |
| 21. | Collection | Unsecured | | No Claim Filed |
| 22. | Midland Credit Management | Unsecured | | No Claim Filed |
| 23. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 24. | Account Recovery Service | Unsecured | | No Claim Filed |
| 25. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 26. | RJM Acquisitions LLC | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Bosby, Lorene

Printed: 03/24/09

Case Number:  08 B 32337
Judge:  Goldgar, A. Benjamin
Filed:  11/25/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Dept Of Human Services | Unsecured | | No Claim Filed |
| 28. WFNNB/Spiegel | Unsecured | | No Claim Filed |
| | | $ 8,855.38 | $ 996.97 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 70.45 |
| | $ 70.45 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: